BEFORE THE THIRD DIVISION, JULY 25, 1962

**No. 66935.**—United Enterprises and W. J. Byrnes & Co. *v.* United States, protests 59/25681, etc. (San Francisco).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of stone lanterns similar in all material respects to those the subject of *Otagiri Mercantile Co., Inc., et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173), the claim of the plaintiffs was sustained.